IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BAXTER L. RICH,                )
                               )
         Plaintiff,            )
                               )
    v.                         )   Case No: H-00-3241
                               )
                               )
TAKOMA PARK POLICE DEPARTMENT  )
                               )
         Defendant.            )
                               )
_____)

C O N S E N T   O R D E R

This matter came before the Court pursuant to the consent motion to enlarge time within which to respond to plaintiff's Complaint. After considering the motion, the Court finds and concludes that the motion should be GRANTED.

Therefore, it is this 11th Day of December, 2000

ORDERED that the consent motion to enlarge time to respond to plaintiff's Complaint is granted; it is

FURTHER ORDERED that the time in which a response should be filed is hereby extended from December 11, 2000 to December 22, 2000.

_____
Judge