UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BAXTER RICH,                          )
                                      )
                                      )
            Plaintiffs                )
                                      )
        v.                            ) Civil Action No. H-00-3241
                                      )
TAKOMA PARK POLICE DEPARTMENT,        )
                                      )
            Defendant.                )
                                      )

### O R D E R

This matter came before the Court pursuant to the defendant's motion to enlarge the time within which the defendant may identify expert witnesses. After considering the motion, the consent by plaintiff thereto and the record in this case, the Court finds and concludes that the motion must be granted.

Therefore, it is this 29th Day of March, 2001

ORDERED that the defendant's motion is granted, and it is

FURTHER ORDERED that the defendant is granted to and including April 30, 2001 within which to identify expert witnesses.

Judge Alexander Harvey, II