UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND
BALTIMORE, MARYLAND 21201

ALEXANDER HARVEY II
SENIOR JUDGE

June 21, 2001

Ralph T. Byrd, Esq.
4901 Sundown Road
Laytonsville, MD 20882

Kathleen A. Carey, Esq.
Jordan Keys & Jessamy, LLP
1400 Sixteenth Street, NW
Suite 700
Washington, DC 20036

Re: Rich v. Takoma Park Police Department
    Civil No. H-00-3241

Dear Counsel:

Plaintiff has now filed in this case a Motion for Voluntary Dismissal with Prejudice. Presumably, plaintiff's motion has been filed pursuant to Rule 41(a)(2), F.R.Civ.P.

A response to plaintiff's pending motion to dismiss with prejudice has today been filed by defendant. Defendant does not oppose the entry by this Court of an Order dismissing this case with prejudice. Defendant has objected to certain statements made by plaintiff in his motion.

Following its review of the pleadings and matters of record here, this Court has concluded that plaintiff's Motion for Voluntary Dismissal with Prejudice should be granted. In dismissing this action with prejudice, it is not necessary for the Court to determine the accuracy of statements contained in plaintiff's motion. To avoid further expense which would be incurred by the parties, the case will be dismissed and closed at this time.

I have today entered the Order submitted by defendant. Pursuant to that Order, plaintiff's motion to dismiss the case with



Page 2
June 21, 2001

prejudice has been granted, and Court costs have been assessed against the plaintiff.

Very truly yours,

*Alexander Harvey*

Alexander Harvey, II
Senior United States District Judge

cc: Deputy Clerk Franke