UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BAXTER RICH,                        )
                                    )
                                    )
         Plaintiffs,                )
                                    )
    v.                              ) Civil Action No. H-00-3241
                                    )
TAKOMA PARK POLICE DEPARTMENT,      )
                                    )
         Defendant.                 )
_____)

O R D E R

This matter came before the Court pursuant to the plaintiff's motion to dismiss the case with prejudice. After considering the motion and the response thereto filed by the Takoma Park Police Department, the Court finds and concludes that the motion should be granted.

Therefore, it is this 21st Day of June, 2001

ORDERED that the motion to dismiss the case with prejudice is granted, and it is

FURTHER ORDERED that the case is hereby dismissed with prejudice, defendant to recover its costs in accordance with the Court rules.

_____
Senior Judge Alexander Harvey II
U.S. District Court

Copy to: