IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BAXTER RICH

v.                             CIVIL ACTION NO. H-00-3241

TAKOMA PARK POLICE DEPARTMENT

..oOo..

### O R D E R

On July 10, 2001, the defendant filed a Bill of Costs pursuant to Fed. R. Civ. P. 54(d)(1) and 28 U.S.C. § 1920, seeking taxation of fees associated with the photocopying of documents "necessary for the defense of the litigation." (Paper No. 20.) There being no opposition, costs shall be awarded to the defendant in the amount of $93.45 without notice or hearing. *See* Local Rule 109.1.c. (D.Md.). Plaintiff shall pay costs to the opposing party. The Clerk of Court shall docket and mail copies of this Order to counsel.

Dated this ___ day of August, 2001.

_____
Felicia Cannon
Clerk
United States District Court
   for the District of Maryland